UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:
Cheri Hector-Boyd

                                         Case No.: 20-73527-AST
                                         Chapter 7

                           Debtor.
----------------------------------------------------------X
Long Island Minimally Invasive Surgery,
P.C., *dba* New York Bariatric Group


                           Plaintiff.              Adv. Pro. No.: 21-08162-AST

        -against-

Cheri Hector-Boyd.

                          Defendant.
----------------------------------------------------------X

### <u>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT</u>

The above named plaintiff commenced this Adversary Proceeding on December 22, 2021, against the above named defendant, seeking a an order determining that its Judgment obtained in the Nassau County Supreme Court against the defendant for the sum of $87,410.13, plus interest from May 31, 2013 at the New York statutory rate of 9% per annum, is not dischargeable under 11 U.S.C. §523(a); and the Summons and Complaint were served on the defendant on December 27, 2021; and the defendant has failed to answer the complaint or otherwise move with respect to the complaint; and the plaintiff filed and served the instant motion pursuant to Federal Rule of Civil Procedure 55, as incorporated by Federal Rule of Bankruptcy Procedure 7055, seeking entry of a default judgment against defendant, Cheri Hector-Boyd, (the "Motion"); and no opposition to the Motion has been filed with the Court; and the Court has determined after due deliberation that sufficient cause exists to grant the

Motion and that the plaintiff is entitled to the relief sought in the Motion, it is hereby

**ORDERED**, that the Motion for default judgment is granted.



**Dated: July 6, 2022**
    **Central Islip, New York**

_____
**Alan S. Trust**
**Chief United States Bankruptcy Judge**